**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ROBERT MORRIS ANTHONY, | : No. 25 WM 2023 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.